

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BERKSHIRE PARTNERS LLC,

            Plaintiff,

  -against-

BALL CORPORATION,

           Defendant.

-----------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**

Index No.

08 CV 00556

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Berkshire Partners LLC ("Berkshire") hereby files its corporate disclosure statement. Berkshire has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 23, 2008

                                            ROPES & GRAY LLP

                                            By_____
                                                Jerome C. Katz
                                          1211 Avenue of the Americas
                                          New York, New York 10036
                                          jerome.katz@ropesgray.com
                                          Tel.: (212) 596-9000
                                          Fax: (646) 728-1846

                                          Attorneys for Plaintiff Berkshire Partners LLC