

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

BERKSHIRE PARTNERS LLC

V.

BALL CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 00556**

TO: (Name and address of Defendant)

Ball Corporation
10 Longs Peak Drive
Broomfield, Colorado 80021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerome C. Katz
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE   1/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKSHIRE PARTNERS, LLC, | ) |
| Plaintiff, | ) 08 Civ. 00556 (GEL) |
| -against- | ) AFFIDAVIT OF SERVICE |
| BALL CORPORATION | ) |
| Defendant. | ) |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

PAUL G. LANG, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 2 Dialstone Lane, Riverside, CT.

2. On January 23, 2008, I served the within Summons in a Civil Action, and the complaint in the action upon:

> Ball Corporation
> 10 Longs Peak Drive
> Broomfield, Colorado 80021
> Attention: Charles E. Baker
>
> Skadden, Arps, Slate, Meager & Flom LLP
> 333 West Wacker Drive
> Chicago, IL 60606
> Attention: Charles W. Mulaney, Jr.

by mailing true copies thereof, enclosed in properly addressed postage paid sealed wrappers, by certified mail return receipt requested, pursuant to the agreement contained in a certain Agreement and Plan of Merger, dated as of February 14, 2006.

2. The circumstances of the service are as follows: I delivered said wrappers with the requisite postage and the return receipt cards affixed to a Postal Clerk at a United States Post Office under the care and custody of the United States Postal Service within the State of New York and obtained Receipts for Certified Mail Receipt Nos. 7160 3901 9845 2934 9905 and Receipt No. 7160 3901 9845 2934 9929. Copies of the Certified Mail Receipts and copies of the

3523283_1.DOC

United States Postal Service's Track and Confirm web pages showing that deliveries where made are attached and made a part of this affidavit.

*Paul G. Lang*

Sworn to before me
January 30, 2008

*Charles R. Brustman*
Notary Public

CHARLES R. BRUSTMAN
Notary Public, State of New York
No. 01BR4799113
Qualified in Nassau County
Commission Expires June 21, 2011

3523283_1.DOC

7160 3901 9845 2934 9929

TO: SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
333 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60606
ATTN: Charles W. Mulaney Jr.

SENDER: Ropes & Gray / Jerome Katz

REFERENCE:

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — USPS 02001 ROCKEFELLER CTR JAN 23 2008 NEW YORK

---

7160 3901 9845 2934 9905

TO: BALL CORPORATION
10 LONGS PEAK DRIVE
BROOMFIELD, COLORADO 80021
ATTN: Charles E. Baker

SENDER: Ropes & Gray / Jerome C. Katz

REFERENCE:

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — USPS 02001 ROCKEFELLER CTR JAN 23 2008 NEW YORK



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7160 3901 9845 2934 9905**
Status: **Delivered**

Your item was delivered at 8:39 AM on January 28, 2008 in BROOMFIELD, CO 80021.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7160 3901 9845 2934 9929**
Status: **Delivered**

Your item was delivered at 7:58 AM on January 29, 2008 in CHICAGO, IL 60606.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA