UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BERKSHIRE PARTNERS LLC,                    )
                                           )
              Plaintiff/Counterclaim-defendant,    )     Case No. 08-CV-00556 (GEL)
                                           )
       v.                                  )     **Electronically filed**
                                           )     **ECF Case**
BALL CORPORATION,                          )
                                           )
              Defendant/Counterclaim-plaintiff.    )     **CORPORATE DISCLOSURE**
                                           )     **STATEMENT OF**
                                           )     **BALL CORPORATION**
                                           )
_____    )

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant/counterclaim-plaintiff Ball Corporation ("Ball") hereby files its corporate disclosure statement. Ball states that it has no parent corporation, and that no publicly held corporation owns 10 percent or more of Ball's stock.

Dated: New York, New York
       February 12, 2008

                                   /s/ Lauren E. Aguiar
                                   Lauren E. Aguiar (LA 3578)
                                   SKADDEN, ARPS, SLATE,
                                       MEAGHER & FLOM LLP
                                   Four Times Square
                                   New York, NY  10036
                                   Tel:    (212) 735-3000
                                   Fax:    (212) 735-2000

                                   *Attorneys for defendant/counterclaim-
                                   plaintiff Ball Corporation*

Of Counsel:

Charles F. Smith
Ryan A. Horning
Christie O. Tate
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
333 West Wacker, Suite 2100
Chicago, Illinois  60606
Tel:    (312) 407-0700
Fax:    (312) 407-0411