UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BERKSHIRE PARTNERS LLC,

        Plaintiff/Counterclaim-defendant,

        - against -

BALL CORPORATION,

        Defendant/Counterclaim-plaintiff.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:

:

:

:

:

:

:

:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

No. 08-CV-00556 (GEL)

**Electronically filed**
**ECF Case**

**ORDER**

Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Ryan A. Horning, and good cause having been shown,

IT IS SO ORDERED, this 27th day of February 2008, that such motion is GRANTED.

_____
GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE