UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BERKSHIRE PARTNERS LLC,

    Plaintiff/Counterclaim-defendant,

- against -

BALL CORPORATION,

    Defendant/Counterclaim-plaintiff.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

No. 08-CV-00556 (GEL)

**Electronically filed**
**ECF Case**

**ORDER**

Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Charles F. Smith, and good cause having been shown,

IT IS SO ORDERED, this 27th day of February 2008, that such motion is GRANTED.

_____
GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE