

ROPES & GRAY LLP



1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    TOKYO    WASHINGTON, DC    www.ropesgray.com

March 4, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08
```

Jerome C. Katz
212-596-9054
Jerome.Katz@ropesgray.com

**BY HAND**

Honorable Gerard E. Lynch
U.S. District Judge
U.S. District Court for the
  Southern District of New York
U.S. Courthouse
500 Pearl Street
Room 910
New York, New York  10007



RECEIVED
MAR 4 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

        Re:  Berkshire Partners LLC v. Ball Corporation,
             Index No. 08-CV-00556 (GEL)

Dear Judge Lynch:

        We represent the plaintiff in this action, and we submit this letter on behalf of both parties.

        Pursuant to the Notice of Conference that we received from the Court on February 29, 2008, the parties have conferred and agreed with respect to a discovery schedule.  In light of the conference scheduled before Your Honor later this afternoon, I am taking the liberty of having this letter hand delivered.

        The parties have agreed to the following dates:

| | |
|---|---|
| March 5, 2008: | Parties may begin any discovery. |
| March 18, 2008: | Parties serve initial disclosures. |
| October 31, 2008: | Fact discovery ends. |
| December 15, 2008: | Defendant serves expert reports. |
| January 15, 2009: | Plaintiff serves expert reports. |
| January 22, 2009: | Defendant serves rebuttal expert reports, if necessary. |

July 25, 2008 at 2:30 pm:  The parties shall appear before the Court for a status conference.

ROPES & GRAY LLP

Honorable Gerard E. Lynch                - 2 -                    March 4, 2008

February 2, 2009:    Expert depositions begin.

March 31, 2009:    Discovery cut-off.

       The parties both believe that the foregoing dates are reasonable and realistic.

Respectfully,

Jerome C. Katz

JCK:jdr

cc:  Lauren E. Aguiar, Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, New York  10036

     Charles F. Smith, Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     333 West Wacker Drive
     Chicago, Illinois  60606

     Counsel for Defendant

SO ORDERED

GERARD E. LYNCH/U.S.D.J.

3/4/08