UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

BERKSHIRE PARTNERS LLC,

    Plaintiffs,

-against-

BALL CORPORATION,

    Defendant.

Case No. 08-CV-00556 (GEL)

[PROPOSED]
ORDER GRANTING MOTION
FOR ADMISSION
PRO HAC VICE

Upon the motion of plaintiffs Berkshire Partners LLC ("Berkshire") pursuant to Rule 1.3(c) of the Local Civil Rules, for an order admitting Peter L. Welsh and Roberto Tepichin, III *pro hac vice* for all purposes on behalf of Berkshire in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: New York, New York

    March 6, 2008

_____
United States District Judge

10920210_1.DOC