UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BERKSHIRE PARTNERS LLC,
: 
       Plaintiff/Counterclaim-defendant,
:    No. 08-CV-00556 (GEL)
- against -
:    **Electronically filed**
BALL CORPORATION,
   <u>**ECF Case**</u>
:
       Defendant/Counterclaim-plaintiff.
:    **JURY DEMAND**

:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant/Counterclaim-plaintiff Ball Corporation hereby demands a jury trial on all issues so triable.

Dated: New York, New York
       March 10, 2008

                                      <u>/s/ Lauren E. Aguiar</u>
                                      Lauren E. Aguiar
                                      SKADDEN, ARPS, SLATE,
                                         MEAGHER & FLOM LLP
                                      Four Times Square
                                      New York, NY 10036
                                      Tel:   (212) 735-3000
                                      Fax:   (212) 735-2000
                                      E-mail: laguiar@skadden.com

                                      *Attorney for Defendant/Counterclaim-*
                                      *Plaintiff Ball Corporation*

*Of Counsel:*
Charles F. Smith
Ryan A. Horning
Christie O. Tate
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
Tel:   (312) 407-0700
Fax:   (312) 407-0411

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

      Julie M. Tamburro, being duly sworn, deposes and says:

      1. I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

      2. On March 10, 2008, I served the *Jury Demand* by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

> Peter L. Welsh
> Ropes & Gray
> One International Place
> Boston, MA 02110-2624

                                      _/s/ Julie M. Tamburro_
                                           Julie M. Tamburro

Sworn to before me this
10th day of March 2008.

_/s/ Kenneth J. Horrmann_
Kenneth J. Horrmann
Notary Public, State of New York
No. 01HO6131320
Qualified in Kings County
Commission Expires Aug. 1, 2009