```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BERKSHIRE PARTNERS LLC,

    Plaintiff/Counterclaim-defendant,

    - against -

BALL CORPORATION,

    Defendant/Counterclaim-plaintiff.

------------------------------------- x

No. 08-CV-00556 (GEL)

**Electronically filed**
**ECF Case**

**STIPULATION OF WITHDRAWAL OF JURY DEMAND**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the Jury Demand filed by Ball Corporation on March 10, 2008, is hereby withdrawn.

Dated: New York, New York
       March 12, 2008

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

*Lauren E. Aguiar* /ea

Lauren E. Aguiar
Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
E-mail: laguiar@skadden.com

*Attorneys for Defendant/Counterclaim-plaintiff Ball Corporation*

ROPES & GRAY LLP

_____
Jerome C. Katz
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (646) 728-1846
E-mail: Jerome.Katz@ropesgray.com

*Attorneys for Plaintiff/Counterclaim-
defendant Berkshire Partners LLC*

SO ORDERED:

_____
U.S.D.J.

3/18/08