

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Jerome C. Katz
212-596-9054
Jerome.Katz@ropesgray.com

July 28, 2008

DOC #: _____
DATE FILED: 7/31/08

**BY HAND**

Honorable Gerard E. Lynch
U.S. District Judge
U.S. District Court for the
  Southern District of New York
U.S. Courthouse
500 Pearl Street
Room 910
New York, New York  10007

23 2008

          Re:  Berkshire Partners LLC v. Ball Corporation,
               Index No. 08-CV-00556 (GEL)

Dear Judge Lynch:

          Pursuant to Your Honor's request at last Friday's status conference, the following is the revised discovery schedule that was agreed upon by the Court and the parties. I am writing this letter on behalf of both parties.

| | |
|---|---|
| January 30, 2009 | Fact discovery ends |
| March 16, 2009 | Defendant serves expert reports |
| April 15, 2009 | Plaintiff serves expert reports |
| April 22, 2009 | Plaintiff serves rebuttal expert reports, if any |
| May 1, 2009 | Expert depositions begin |
| June 30, 2009 | Discovery cut-off |

ROPES & GRAY LLP

Honorable Gerard E. Lynch                    - 2 -                    July 28, 2008

    In addition, the Court has scheduled the <u>next status conference for November 7,</u> ] ✗
<u>2008, at 11 a.m.</u>

                                        Respectfully,

                                        Jerome C. Katz

JCK:jdr

cc:  Lauren E. Aguiar, Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, New York  10036

     Charles F. Smith, Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     333 West Wacker Drive
     Chicago, Illinois  60606

     Counsel for Defendant

                                  SO ORDERED

                                  GERARD E. LYNCH, U.S.D.J.
                                  7/29/08